[No. 59296-3-I.  Division One.  March 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY MARSHALL PETERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09393-1, George T. Mattson, J., entered December 8, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59362-5-I.  Division One.  March 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH WILLIAM VIGUS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06671-1, Douglas D. McBroom, J., entered December 14, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Dwyer and Lau, JJ.

[No. 59414-1-I.  Division One.  March 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY GENE BARBEAU, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated June 23, 2008. Substitute opinion filed. See 145 Wn. App. 1030.

[No. 59529-6-I.  Division One.  March 10, 2008.]

BARBARA M. REINHART, *Appellant*, v. PETER R. ANDERSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-01710-1, Palmer Robinson, J., entered January 12, 2007. *Affirmed* by unpublished per curiam opinion.